UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| GRADY SCOTT,<br>        Plaintiff,<br><br>v.<br><br>CITY OF INDIANAPOLIS,<br>INDIANAPOLIS METROPOLITAN<br>  POLICE DEPARTMENT, and<br>CHIEF OF POLICE MICHAEL T.<br>  SPEARS,<br>        Defendants. | No. 1:08-cv-1602-LJM-TAB |

### ENTRY AND ORDER

Pending before the Court is Plaintiff's Motion to Amend Closed Judgment. Plaintiff raises no issue in his Motion that was not previously addressed by the Court. The Motion is therefore DENIED.

Further, the Defendant filed a Bill of Costs and Plaintiff objected saying that the bill was untimely filed. This Court agrees with the Sixth and Ninth Circuits that final judgment is stayed pending the Court's ruling on a Rule 59(e) motion such as the one filed by Plaintiff in this action. The Court having now ruled upon that Motion in this entry and order, the Court finds the Bill of Costs is timely.

IT IS THEREFORE ORDERED that the Final Judgment Dismissing Plaintiff's complaint entered on December 14, 2009 stands and that the Defendant's Bill of Costs be paid by Plaintiff.

SO ORDERED this 05/18/2010

                                                                LARRY J. McKINNEY, JUDGE
                                                                United States District Court
                                                                Southern District of Indiana

Distribution to:

Adam Lenkowsky
ROBERTS & BISHOP
alenkowsky@roberts-bishop.com

Jonathan Lamont Mayes
CITY OF INDIANAPOLIS, CORPORATION COUNSEL
jmayes@indygov.org

Paul K. Ogden
ROBERTS & BISHOP
pogden@roberts-bishop.com

Alexander Phillip Will
OFFICE OF CORPORATION COUNSEL, CITY OF INDIANAPOLIS
awill@indygov.org